UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XAYARATH LEUANG SAM ,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>　　　　　　Respondent. | CASE NO. 2:21-cv-00389-RSM-BAT<br><br>**REPORT AND RECOMMENDATION** |

Petitioner filed a 28 U.S.C. § 2241habeas petition seeking release from immigration custody at the Northwest Detention Center. Dkt. 1. On April 26, 2021, Respondent filed a motion to dismiss arguing Petitioner's detention is lawful. Dkt. 7. On May 4, 2021, Respondent filed a supplemental motion to dismiss arguing the Court should dismiss this matter because Petitioner has been released from immigration detention. Dkt. 10. Because Petitioner has been released from custody, his habeas request for release is moot. Accordingly, the Court recommends: (1) Respondents first Motion to Dismiss be stricken as moot, Dkt. 7; and (2) Respondent's Motion to Dismiss and Supplement Pleadings should be GRANTED, and the case should be dismissed with prejudice. Dkt. 10.

Objections to this Report and Recommendation may be filed and served upon all parties no later than **May 19, 2021**.  The Clerk should note the matter for **May 21, 2021**, as ready for the

REPORT AND RECOMMENDATION - 1

1  District Judge's consideration if no objection is filed. If objections are filed, any response is due
2  within 14 days after being served with the objections. A party filing an objection must note the
3  matter for the Court's consideration 14 days from the date the objection is filed and served.  The
4  matter will then be ready for the Court's consideration on the date the response is due.
5  Objections and responses shall not exceed five (5) pages. The failure to timely object may affect
6  the right to appeal.
7         DATED this 5th day of May 2021.

                                                                            _____
                                                                            BRIAN A. TSUCHIDA
                                                                            United States Magistrate Judge

REPORT AND RECOMMENDATION - 2