UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

XAYARATH LEUANG SAM,

          Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR,

          Respondent.

CASE NO. 2:21-cv-00389-RSM-BAT

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The first motion to dismiss, Dkt. 7, is stricken as moot.

(3) The motion to dismiss, Dkt. 10, is granted and the habeas petition is denied and dismissed with prejudice.

(4) The Clerk is directed to send copies of this Order to the parties.

//

//

//

ORDER OF DISMISSAL - 1

DATED this 25th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2